**Order entered August 21, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00786-CR

**TRAMETRIA DENISE BALDWIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-52087-P**

## ORDER

We **GRANT** Official Court Reporter Lisabeth Kellett's August 19, 2014 request for an extension of time to file the reporter's record. The reporter's record shall be due **THIRTY DAYS** from the date of this order.

/s/    LANA MYERS
          JUSTICE